# BUSTOP, INC. *v.* BOARD OF EDUCATION OF THE CITY OF LOS ANGELES

No. A–249.  Decided September 9, 1978

Mr. Justice Powell.

The application for a stay in this case, denied by Mr. Justice Rehnquist by his in-chambers opinion and order of September 8, 1978, *ante,* p. 1380, has now been referred to me.

As I am in accord with the reasons advanced by Mr. Justice Rehnquist in his opinion, I also deny the application.